

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00402-CV

| | | |
|---|---|---|
| In re Verlee Albert Jr. | § | Original Proceeding |
| | § | From the 211th District Court |
| | § | of Denton County (F-2007-0838-C) |
| | § | January 7, 2014 |
| | § | Per Curiam |

## JUDGMENT

This court conditionally grants mandamus relief in part. We direct the trial court to rule, whether favorably or unfavorably to Relator, on Relator's request for a free trial record and alternative request for the loan of the trial record. Only if the trial court fails promptly to rule will the writ of mandamus issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM